1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
11   ARSEN ASATRYAN,                    )   Case No. CV 10-1284 GW (JCG)
                                        )
12           Petitioner,                )
                                        )   **JUDGMENT**
13        v.                            )
                                        )
14   TERRI GONZALEZ, Warden,            )
                                        )
15           Respondent.                )
                                        )
16   _____ )
17
18
19        IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
20   **PREJUDICE**.
21
22   DATED: December 22, 2010.
23                                       _____
24                                            HON. GEORGE H. WU
                                         UNITED STATES DISTRICT JUDGE
25
26
27
28